## TAYLOR, COLICCHIO & SILVERMAN, LLP

| | | |
|---|---|---|
| PAUL C. TAYLOR<br>PHILIP M. COLICCHIO †*<br>THOMAS P. WILD †<br>ELLEN NUNNO CORBO **◆<br>ROBERT W. KEDDIE, III †*<br>SEAN J. KEARNEY †<br><br>OF COUNSEL<br>JEFFREY S. ADLER °<br>STEPHAN G. BACHELDER ■<br>LISA A. PIERONI ✓<br>STEPHEN B. SILVERMAN ✓ | COUNSELLORS AT LAW<br>502 CARNEGIE CENTER<br>SUITE 103<br>PRINCETON, NEW JERSEY 08540<br><br>(609) 987-0022<br>FAX: (609) 987-0070<br><br>WWW.TCSLAWYERS.COM<br><br>PLEASE REPLY TO PRINCETON | NEW YORK OFFICE:<br>425 FIFTH AVENUE<br>5TH FLOOR<br>NEW YORK, NY 10016<br>212-661-1700<br>FAX: 212-661-5060<br><br>■ ADMITTED IN ME & NY ONLY<br>o ADMITTED IN PA & OH ONLY<br>✓ ADMITTED IN NY ONLY<br>† ALSO ADMITTED IN PA<br>* ALSO ADMITTED IN NY<br>◆ ALSO ADMITTED IN DISTRICT OF COLUMBIA |

September 7, 2012

**Via Electronic Filing**

Office of the Clerk
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:   <u>American List Counsel, Inc. v. Andrew Ostroy, Belardi-Ostroy, Ltd., et al.</u>
**Docket No.: 3:12-cv-03350**

Dear Sir or Madam:

This firm represents the interests of American List Counsel, Inc. related to the above matter. On or about September 6, 2012, I filed a Second Amended Complaint on behalf of the Plaintiff. The following serves as a request to issue a Summons for the service of the Second Amended Complaint upon the Defendants.

Please contact me if you have any questions or concerns. Thank you for your consideration

Very truly yours,

*s/ Philip M. Colicchio*

Philip M. Colicchio