# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**AMERICAN LIST COUNSEL, INC.,**
*Plaintiff*

V.

**SUMMONS ON AMENDED COMPLAINT**

**ANDREW OSTROY, ET AL.,**
*Defendant*

CASE NUMBER: **3:12–CV–03350–MAS–DEA**

TO: *(Name and address of Defendant):*

A lawsuit has been filed against you.

Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK

**Kim Stillman**

(By) DEPUTY CLERK

**ISSUED ON 2012–09–10 09:07:42.0**, Clerk
USDC NJD

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me [1]

DATE

NAME OF SERVER *(PRINT)*

TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____
_____

☐ Other (specify) : _____

_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _____    _____
                          Date                               *Signature of Server*

                                             _____
                                                            *Address of Server*