# TAYLOR, COLICCHIO & SILVERMAN, LLP

PAUL C. TAYLOR
PHILIP M. COLICCHIO †*
THOMAS P. WILD †
ELLEN NUNNO CORBO **
SEAN J. KEARNEY †

OF COUNSEL
JEFFREY S. ADLER °
STEPHAN G. BACHELDER ■
LISA A. PIERONI ✔
STEPHEN B. SILVERMAN ✔

COUNSELLORS AT LAW
502 CARNEGIE CENTER
SUITE 103
PRINCETON, NEW JERSEY 08540

(609) 987-0022
FAX: (609) 987-0070

WWW.TCSLAWYERS.COM

PLEASE REPLY TO PRINCETON

NEW YORK OFFICE:
425 FIFTH AVENUE
5TH FLOOR
NEW YORK, NY 10016
212-661-1700
FAX: 212-661-5060

■ ADMITTED IN ME & NY ONLY
o ADMITTED IN PA & OH ONLY
✔ ADMITTED IN NY ONLY
† ALSO ADMITTED IN PA
* ALSO ADMITTED IN NY
♦ ALSO ADMITTED IN DISTRICT OF COLUMBIA

November 16, 2012

William T. Walsh, Clerk of Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

RE:   **American List Counsel, Inc. v. Andrew Ostroy, et al.**
      **Civil Action No: 3:12-CV-03350-FLW-DEA**

Dear Sir or Madam:

This firm represents Plaintiff American List Counsel, Inc. in the above matter. On November 9, 2012, Defendants Andrew Ostroy and Belardi-Ostroy Ltd. filed a Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (7), returnable on December 3, 2012. Plaintiff invokes L.Civ.R. 7.1(d)(5) for an automatic extension and hereby adjourns the December 3, 2012 motion day to December 17, 2012, the next available motion day.

Thank you for your consideration in this matter.

Respectfully submitted,

Philip M. Colicchio

cc: Joseph P. LaSala, Esq.